UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mahdi Hassan Ali,

    Petitioner,

v.

Tom Roy,

    Respondent.

File No. 18-cv-01467 (ECT/TNL)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

Petitioner Mahdi Hassan Ali ("Ali") commenced this action by filing a petition for a writ of habeas corpus. Pet. [ECF No. 1]. The case is before the Court on a Report and Recommendation [ECF No. 11] issued by Magistrate Judge Tony N. Leung. Magistrate Judge Leung recommends dismissing Ali's petition with prejudice and issuing a certificate of appealability. R&R at 13. Ali filed an objection to the Report and Recommendation. ECF No. 12. Because Ali has objected, the Court is required to review the Report and Recommendation de novo pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b)(3). The Court has undertaken that de novo review and has concluded that Magistrate Judge Leung's analysis and conclusions are correct.

Therefore, based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED** that:

1. The Objection to the Report and Recommendation is **OVERRULED** [ECF No. 12];

2. The Report and Recommendation [ECF No. 11] is **ACCEPTED** in full;

3. The petition is **DENIED** and **DISMISSED WITH PREJUDICE**; and

4. A certificate of appealability is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 7, 2019
s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court